J. ARON & COMPANY, INC., Respondent, *v.* PANAMA
RAIL ROAD COMPANY, Appellant.

(Submitted March 23, 1931; decided March 31, 1931.)

MOTION to amend remittitur or for reargument. (See
255 N. Y. 513.)

The conclusion would be the same whether the vessel was seaworthy or unseaworthy. (*Grace & Co.* v. *Panama R. R. Co.*, 12 Fed. Rep. [2d] 338; certiorari denied, 273 U. S. 715.)

Motion denied.